880 A.2d 1208

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Michael Keith HOLLINGER, Respondent.**

**No. 1018 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 16, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of June, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 21, 2005, it is hereby

ORDERED that MICHAEL KEITH HOLLINGER be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day retroactive to July 20, 2004.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.